```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

KENDRICK IRVIN,                       :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :   CIVIL ACTION 11-0075-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of Social Security,      :
                                      :
    Defendant.                        :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Kendrick Irvin and against Defendant Michael J. Astrue.

DONE this 26th day of September, 2011.

                                          s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE