```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

KENDRICK IRVIN,                       :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    CIVIL ACTION 11-0075-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of Social Security,      :
                                      :
    Defendant.                        :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Kendrick Irvin and against Defendant Michael J. Astrue. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,547.05.

DONE this 12th day of December, 2011.

                                   s/BERT W. MILLING, JR.
                                   UNITED STATES MAGISTRATE JUDGE